DOC # 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In the Matter of

    Reassignment of Cases Previously            M10-468
    Assigned to Judges Who Are No
    Longer on the Bench by Reason
    Of Retirement or Death

------------------------------------------------------------x

16MISC0218

## STANDING ORDER

      The Assignment Committee is tasked with reassigning closed cases that were previously assigned to judges who are no longer on the bench by reason of resignation, retirement or death in which new judicial action is required. (Rule 17, Local Rules for the Division of Business Among Judges). There is no discretion to exercise and nothing to evaluate in such instances; reassignment is mandatory. Therefore, and to expedite the reassignment of such cases, it is hereby:

      ORDERED, that all requests for reassignment of closed cases that were previously assigned to judges who are no longer on the bench by reason of resignation, retirement or death shall be transmitted directly to the Clerk of Court, who will assign the cases in accordance with Rule 17; and it is further

      ORDERED, that Chief Judge shall periodically solicit from senior judges indications of whether they will accept reassignment of cases that are covered by this Standing Order, and that the Clerk of Court shall maintain a special wheel, consisting of all active District Judges and such Senior District Judges as volunteer, for purposes of these reassignments.

      This order extends to all closed cases, civil and criminal, that require judicial action for any reason after the departure or death of a previously-assigned judge, including the reassignment of probationers and supervised releasees who were subject to the supervision of such previously-assigned judge.

Dated: June 9, 2016

                                                                            Chief Judge